

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00147-CR

_____

IN RE:  JAMES WAYNE WALSH

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# OPINION

James Wayne Walsh has filed a petition for writ of mandamus in which he asks this Court to order his appellate counsel, Jason Duff, to raise a specific argument on appeal.

This Court has limited mandamus jurisdiction; we may issue a writ of mandamus only against a "judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). That jurisdiction does not extend to other parties unless such mandamus relief would be necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (West 2004).

Walsh has failed to name a person over whom we have mandamus jurisdiction, and we find no circumstances presented which would make a writ of mandamus issued against his appellate counsel necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b).

Therefore, we deny Walsh's petition for writ of mandamus.


Bailey C. Moseley
Justice

Date Submitted:     August 31, 2015
Date Decided:       September 1, 2015

Do Not Publish